PROB 12A
(REVISED 5/2011)

# United States District Court
for
Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: Brian Keith Smith  Case Number: 1:01-00010-05

Name of Judicial Officer: The Honorable Thomas A. Higgins, U.S. District Judge, case reassigned on February 6, 2008, to The Honorable William J. Haynes, Jr., Chief U.S. District Judge

Date of Sentence: August 9, 2002

Original Offense: 21 U.S.C. § 846 Conspiracy to Manufacture, Distribute, and Possess with Intent to Distribute Methamphetamine

Original Sentence: 132 months' custody followed by 5 years' supervised release

Type of Supervision:  Supervised Release  Date Supervision Commenced: September 8, 2011

Assistant U.S. Attorney: S. Delk Kennedy, Jr.  Defense Attorney: James A. Simmons

---

**THE COURT ORDERS:**

☒ No Action *as recommended (copy)*
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this _19th_ day of _March_, 2014,
and made a part of the records in the above case.

_____
Chief U. S. District Judge
William J. Haynes, Jr.

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
U.S. Probation Officer
Jon R. Hahn

Place  Columbia, Tennessee

Date  March 18, 2014

**ALLEGED VIOLATIONS**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

1.  **Shall not commit another federal, state, or local crime:**

    Brian Keith Smith was arrested on February 28, 2014, and again on March 10, 2014, for three separate charges of Worthless Check by the Lawrence County Sheriff's Department, Lawrenceburg, Tennessee. He is to appear in the Lawrence County General Sessions Court, Lawrenceburg, Tennessee, on March 24, 2014.

**Compliance with Supervision Conditions and Prior Interventions:**

Mr. Smith has been on supervision since September 8, 2011, and was moved to the Compliant Caseload on April 8, 2013. The three checks totaled $1,078.16 and were all written to the Super Rama, Loretto, Tennessee. On March 11, 2014, this officer spoke with Office Manager Vanessa Owens, who stated all checks have been paid in full.

Mr. Smith lives alone and is currently employed.

**U.S. Probation Officer Recommendation:**

It is recommended that Mr. Smith be continued on supervised release and that this matter be handled in the General Sessions Court.

The U. S. Attorney's Office has been advised of the offender's noncompliance.

Approved: _____
Vidette Putman
Supervisory U.S. Probation Officer